WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Cecilia Yu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CECILIA YU,<br><br>   Defendant. | Case No. 2:16-cr-00079-GEB<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF PRETRIAL RELEASE** |

IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Cecilia Yu, through their respective attorneys, that the release conditions imposed on Ms. Yu on April 13, 2016, be modified to add:

**You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.**

Pretrial Services Officer, Michael Evans, is in agreement with this joint request to the modification.

///

1

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL RELEASE**

All other conditions shall remain in force.

**IT IS SO STIPULATED.**

DATED: May 19, 2016                    /s/ William J. Portanova
                                       _____
                                       WILLIAM J. PORTANOVA
                                       Attorney for Cecilia Yu

DATED: May 19, 2016                    /s/ Matthew Morris
                                       _____
                                       MATTHEW MORRIS
                                       Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: May 19, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL RELEASE**