1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Portanova@TheLawOffices.com
5

6  Attorney for Defendant
   CECILIA YU
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,         )  Case No. 2:16-CR-00079-GEB
                                      )
13 |            Plaintiff,             )  **STIPULATION AND [PROPOSED]**
                                      )  **ORDER RE: MODIFICATION OF**
14 |     v.                            )  **DEFENDANT'S CONDITIONS**
                                      )  **OF PRETRIAL RELEASE**
15 | CECILIA YU,                       )
                                      )
16 |            Defendant.             )
17 | _____   )

18

19       With the Court's permission, the defendant Cecilia Yu requests, and the government

20 does not oppose, a modification of the terms and conditions of defendant's pre-trial release to

21 allow her to travel within the Northern District of California as well as the Eastern District of

22 California. This modification is necessitated by Mrs. Yu's frequent need to travel within the

23 Northern District of California for both employment and personal matters.

24       Pretrial Services Officer, Tai Gaskins, has no objection to this modification.

25 ///

26 ///

27 ///

                                                1
28 _____

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**

All other terms and conditions of Mrs. Yu's pre-trial release shall remain in effect.

**IT IS SO STIPULATED.**

DATED:  February 26, 2018

*/s/ William J. Portanova*

WILLIAM J. PORTANOVA
Counsel for Defendant
CECILIA YU

DATED:  February 26, 2018

*/s/ Matthew Morris*

MATTHEW MORRIS
Assistant United States Attorney

**IT IS SO ORDERED**.

DATED:  February 26, 2018

THE HON. ALLISON CLAIRE
United States Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**