1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone:  (916) 444-7900
4  Fax:  (916) 444-7998
   Portanova@TheLawOffices.com
5
6  Attorney for Defendant
   Cecilia Yu
7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          )   CASE NO.   2:16-cr-00079-GEB
                                       )
12              Plaintiff,             )
                                       )   STIPULATION REGARDING
13                                     )   EXCLUDABLE TIME PERIODS
         v.                            )   UNDER SPEEDY TRIAL ACT;
14                                     )   (PROPOSED) FINDINGS AND ORDER
                                       )
15  CECILIA YU,                        )
                                       )   Date:  August 3 2018
16              Defendant.             )   Time:  9:00 AM
    _____     )
17

18       With the Court's permission, defendant Cecilia Yu and plaintiff United States of

19  America, by and through their undersigned attorneys, hereby stipulate as follows:

20       1.     By previous order, this matter was set for status on August 3, 2018;

21       2.     By this stipulation, defendant now moves to continue the status conference until

22              September 14, 2018 and to exclude time between August 3, 2018 and

23              September 14, 2018 under local code T4.  Plaintiff does not oppose this request.

24       3.     The parties agree and stipulate that the Court find that counsel for the defendant

25              requires additional time to review the current charges, to review the extensive

26              discovery, to conduct investigation and research related to the charges and to

27              prepare to discuss the matter with his client.

28       4.     The government does not object to the continuance.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER
SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed under the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial date must commence, the time period of August 3, 2018 to September 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 24, 2018

*/s/ William J. Portanova*
_____
WILLIAM J. PORTANOVA
Attorney for Defendant
CECILIA YU

DATED: July 24, 2018

*/s/ Matthew Morris*
_____
MATTHEW MORRIS
Assistant United States Attorney

**IT IS SO FOUND AND ORDERED**.
Dated: July 27, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER
SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER