WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
Cecilia Yu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CECILIA YU,<br><br>　　　　Defendant. | CASE No. 2:16-cr-00079-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER<br><br>DATE: January 18, 2019<br>TIME: 9:00 AM |

　　　With the Court's permission, defendant Cecilia Yu and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

　　　1.　By previous order, this matter was set for status on January 18, 2019;

　　　2.　By this stipulation, defendant now moves to continue the status conference until March 1, 2019 and to exclude time between January 18, 2019 and March 1, 2019 under local code T4.  Plaintiff does not oppose this request.

　　　3.　The parties agree and stipulate that the Court find

1

| | |
|---|---|
| 1 | that counsel for the defendant requires additional time |
| 2 | to review the current charges, to review the extensive |
| 3 | discovery, to conduct investigation and research |
| 4 | related to the charges and to prepare to discuss the |
| 5 | matter with his client. |

4. The government does not object to the continuance.
5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed under the Speedy Trial Act.
6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial date must commence, the time period of January 18, 2019 to March 1, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 16, 2019          /s/ William J. Portanova
                                 WILLIAM J. PORTANOVA
                                 Attorney for Defendant
                                 CECILIA YU


DATED: January 16, 2019          /s/ Matthew Morris
                                 MATTHEW MORRIS
                                 Assistant United States Attorney


**IT IS SO FOUND AND ORDERED.**

Dated:   January 17, 2019

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 Senior United States District Judge