WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
Cecilia Yu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CECILIA YU,<br><br>        Defendant. | CASE No. 2:16-cr-00079-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER<br><br>DATE: May 03, 2019<br>TIME: 9:00 AM |

    With the Court's permission, defendant Cecilia Yu and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

    1.   By previous order, this matter was set for status on May 03, 2019;

    2.   By this stipulation, defendant now moves to continue the status conference until May 31, 2019 and to exclude time between May 03, 2019 and May 31, 2019 under local code T4.  Plaintiff does not oppose this request.

    3.   The parties agree and stipulate that the Court find that counsel for the defendant requires additional time

| | | |
|---|---|---|
| 1 | | to review the current charges, to review the extensive |
| 2 | | discovery, to conduct investigation and research |
| 3 | | related to the charges and to prepare to discuss the |
| 4 | | matter with his client. |
| 5 | 4. | The government does not object to the continuance. |
| 6 | 5. | Based on the above-stated findings, the ends of justice |
| 7 | | served by continuing the case as requested outweigh the |
| 8 | | interest of the public and the defendant in a trial |
| 9 | | within the original date prescribed under the Speedy |
| 10 | | Trial Act. |
| 11 | 6. | For the purpose of computing time under the Speedy |
| 12 | | Trial Act, 18 U.S.C. § 3161, et seq., within which the |
| 13 | | trial date must commence, the time period of May 03, |
| 14 | | 2019 to May 31, 2019, inclusive, is deemed excludable |
| 15 | | pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and |
| 16 | | Local Code T4 because it results from a continuance |
| 17 | | granted by the Court at defendant's request on the |
| 18 | | basis of the Court's finding that the ends of justice |
| 19 | | served by taking such action outweigh the best interest |
| 20 | | of the public and the defendant in a speedy trial. |
| 21 | 7. | Nothing in this stipulation and order shall preclude a |
| 22 | | finding that other provisions of the Speedy Trial Act |
| 23 | | dictate that additional time periods are excludable |
| 24 | | from the period within which a trial must commence. |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

IT IS SO STIPULATED.

DATED: May 01, 2019　　　　　　　　/s/ William J. Portanova
　　　　　　　　　　　　　　　　　　WILLIAM J. PORTANOVA
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　CECILIA YU


DATED: May 01, 2019　　　　　　　　/s/ Mira Chernick
　　　　　　　　　　　　　　　　　　MIRA CHERNICK
　　　　　　　　　　　　　　　　　　Assistant United States Attorney


**IT IS SO FOUND AND ORDERED.**

Dated:　May 2, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　Senior United States District Judge