1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Portanova@TheLawOffices.com
5

6  Attorney for Cecilia Yu

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | No. 2:16-cr-00079-GEB |
   |---|---|
12 | Plaintiff, | **APPLICATION FOR SUBSTITUTION OF BOND AND RECONVEYANCE; ORDER** |
13 | v. | |
14 | CECILIA YU, | |
15 | Defendant. | |

16

17     On April 13, 2016, defendant Cecilia Yu made her initial
18 appearance in the above captioned case. Following a detention
19 hearing held the same day, Mrs. Yu was ordered released on a
20 $600,000 bond to be secured by real property located at 511 2nd
21 Street, Richmond, CA 94801; the Deed of Trust securing the bond
22 was received by the Clerk on April 22, 2016.
23     Mrs. Yu is in the process of selling the property located at
24 511 2nd Street, Richmond, CA 94801, which is currently securing
25 her bond.  On July 11, 2019, with the agreement of the government
26 and pre-trial services, the Honorable Magistrate Judge Carolyn K.
27 Delaney ordered that real properties located at 8148 Steinbeck
28

                                 1

Way, Sacramento, CA 95828 and 5391 Muskingham Way, Sacramento, CA 95823, could be substituted to secure Mrs. Yu's bond in place of the property located at 511 2nd Street, Richmond, CA 94801.

Once the real properties located at 8148 Steinbeck Way, Sacramento, CA 95828 and 5391 Muskingham Way, Sacramento, CA 95823, are substituted and recorded to secure the bond, Mrs. Yu requests the Court direct the Clerk to reconvey title for the property located at 511 2nd Street, Richmond, CA 94801 forthwith, in order for the sale to proceed.

As such, it is respectfully requested that the Court order that the real properties located at 8148 Steinbeck Way, Sacramento, CA 95828 and 5391 Muskingham Way, Sacramento, CA 95823, be substituted to secure Mrs. Yu's $600,000 appearance bond. It is further requested that upon receipt of the recorded Deeds of Trust for the real properties located at 8148 Steinbeck Way, Sacramento, CA 95828 and 5391 Muskingham Way, Sacramento, CA 95823, the Clerk reconvey title for the property located at 511 2nd Street, Richmond, CA 94801 forthwith.

The parties have conferred, and the government does not object to this request.

DATED: July 15, 2019             */s/ William J. Portanova*

                                           WILLIAM J. PORTANOVA
                                           Attorney for Defendant
                                           CECILIA YU

**ORDER**

GOOD CAUSE SHOWING, it is hereby ORDERED that the real properties located at 8148 Steinbeck Way, Sacramento, CA 95828 and 5391 Muskingham Way, Sacramento, CA 95823, are substituted to secure Mrs. Yu's $600,000 appearance bond. It is further ordered that upon receipt of the recorded Deeds of Trusts for the real properties located at 8148 Steinbeck Way, Sacramento, CA 94828 and 5391 Muskingham Way, Sacramento, CA 95823, the Clerk of the Court is directed to reconvey title for the property located at 511 2nd Street, Richmond, CA 94801, to the surety forthwith.

Dated: July 22, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE