| | |
|---|---|
| WILLIAM J. PORTANOVA, State Bar No. 106193<br>Attorney at Law<br>400 Capitol Mall, Suite 1100<br>Sacramento, CA 95814<br>Telephone: (916) 444-7900<br>Fax: (916) 444-7998<br>Portanova@TheLawOffices.com<br><br>Attorney for Defendant<br>Cecilia Yu | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CECILIA YU,<br><br>　　　　　Defendant. | CASE No. 2:16-cr-00079-MCE<br><br>**NOTICE OF EXCLUSION OF TIME**<br><br>DATE: January 30, 2020<br>TIME: 9:00 AM<br>COURT: Hon. Morrison C. England |

　　　Defendant Cecilia Yu, and plaintiff United States of America, by and through their respective counsel, hereby stipulate that the time period from January 30, 2020, through May 7, 2020, should be excluded for the purpose of computing time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

　　　By previous court order, this matter was set for status conference on February 7, 2020. On December 5, 2019, this action was reassigned to the Honorable Morrison C. England. On December 9, 2020, on the Court's own motion, a status conference was set for January 30, 2020. On January 9, 2020, on the Court's own motion, the January 30th status conference was vacated and continued to May 7, 2020. The parties are currently engaged in plea negotiations and defense counsel has retained an expert to assist in reviewing the loss calculations. Defense counsel requires additional time to

1

prepare, to receive and review his expert's findings, and to assess the potential application of certain provisions of the Sentencing Guidelines in order to fully advise his client regarding her potential plea. Accordingly, the parties respectfully request that the time between January 30, 2020, and May 7, 2020, be excluded under U.S.C. 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4.

Respectfully submitted,

DATED: January 30, 2020  */s/ William J. Portanova*
WILLIAM J. PORTANOVA
Counsel for Defendant
Cecilia Yu

DATED: January 30, 2020  McGREGOR W. SCOTT
United States Attorney

*/s/ Mira Chernick*
MIRA CHERNICK
Assistant United States Attorneys

**ORDER**

IT IS HEREBY ORDERED that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from January 30, 2020, through May 7, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4 because the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO FOUND AND ORDERED.

DATED: February 3, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE