1    WILLIAM J. PORTANOVA, State Bar No. 106193
2    PORTANOVA & ASSOCIATES
     400 Capitol Mall, Suite 1100
3    Sacramento, CA 95814
     Telephone: (916) 444-7900
4    Fax: (916) 444-7998
     WJP@Portanova.com
5
6    Attorney for Defendant
     Cecilia Yu
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          CASE NO. 2:16-CR-00079-MCE

12               Plaintiff,              STIPULATION TO CONTINUE STATUS
                                         CONFERENCE AND EXCLUDE TIME;
13         v.                            ORDER

14   CECILIA YU,                         DATE:  July 9, 2020
                                         TIME:  10:00 AM
15               Defendant.              COURT:  Hon. Morrison C. England

16

17

18                              STIPULATION

19         Plaintiff United States of America, by and through its counsel of record, and

20   defendant, by and through defendant's counsel of record, hereby stipulate that the status

21   conference currently set for July 9, 2020, be continued to September 3, 2020 at 10:00

22   AM.

23         The parties agree and stipulate, and request that the Court find the following:

24         a) Counsel for defendant is currently reviewing discovery in the interest of

25   negotiating a resolution of this case with the government and has retained an

26   expert for that purpose.

27         b) Counsel for defendant desires additional time to consult with his client,

28   conduct investigation and research related to the current charges, review

STIPULATION TO CONTINUE STATUS                1
CONFERENCE AND EXCLUDE TIME

1    discovery for this matter, discuss potential resolutions with his client, and

2    otherwise prepare for trial.

3         c) Counsel for defendant believes that failure to continue the status

4    conference to September 3, 2020 would deny him the reasonable time necessary

5    for effective preparation, taking into account the exercise of due diligence.

6         d) The government does not object to the continuance.

7         e) Based on the above-stated findings, the ends of justice served by

8    continuing the case as requested outweigh the interest of the public and the

9    defendant in a trial within the original date prescribed by the Speedy Trial Act.

10        f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

11   § 3161, et seq., within which trial must commence, the time period of July 9, 2020

12   to September 3, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§

13   3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance

14   granted by the Court at defendant's request on the basis of the Court's finding

15   that the ends of justice served by taking such action outweigh the best interest of

16   the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  July 7, 2020

*/s/ William J. Portanova*
WILLIAM J. PORTANOVA
Counsel for Defendant
Cecilia Yu

DATED:  July 7, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/ Mira Chernick*
MIRA CHERNICK
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  July 9, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE