WILLIAM J. PORTANOVA, State Bar No. 106193
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WJP@Portanova.com

Attorney for Defendant
Cecilia Yu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>CECILIA YU,<br><br>           Defendant. | CASE NO. 2:16-CR-00079-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER<br><br>DATE:  February 11, 2021<br>TIME:  10:00 AM<br>COURT:  Hon. Morrison C. England |

STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate that the status conference currently set for February 11, 2021, be continued to May 20, 2021 at 10:00 AM.

The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant is currently reviewing discovery in the interest of negotiating a resolution of this case with the government and has retained an expert for that purpose.

b) Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the current charges, review

discovery for this matter, discuss potential resolutions with his client, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to continue the status conference to May 20, 2021 would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 11, 2021 to May 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///
///
///

1     IT IS SO STIPULATED.

                                                            Respectfully submitted,

DATED: February 8, 2021          */s/ William J. Portanova*
                                                       WILLIAM J. PORTANOVA
                                                       Counsel for Defendant
                                                       Cecilia Yu

DATED: February 8, 2021          McGREGOR W. SCOTT
                                                       United States Attorney

                                                       */s/ Mira Chernick*
                                                       MIRA CHERNICK
                                                       Assistant United States Attorney

    IT IS SO ORDERED.

Dated: February 10, 2021

                                                       MORRISON C. ENGLAND, JR.
                                                       SENIOR UNITED STATES DISTRICT JUDGE