1  WILLIAM J. PORTANOVA, State Bar No. 106193
   PORTANOVA & ASSOCIATES
2  400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   WJP@Portanova.com
5
   Attorney for Defendant
6  Cecilia Yu
7
8                       UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00079-MCE
12 |         Plaintiff,         | STIPULATION TO CONTINUE STATUS
                                 CONFERENCE AND EXCLUDE TIME;
13 |     v.                    | ORDER
14 | CECILIA YU,                | DATE: May 20, 2021
                                 TIME: 10:00 AM
15 |         Defendant.         | COURT: Hon. Morrison C. England
16
17
18      Plaintiff United States of America, by and through its counsel of record, and
19 defendant, by and through defendant's counsel of record, hereby stipulate that the status
20 conference currently set for May 20, 2021 be continued to September 16, 2021 at 10:00
21 AM.
22      The parties agree and stipulate, and request that the Court find the following:
23          a) Counsel for defendant is currently reviewing discovery in the interest of
24      negotiating a resolution of this case with the government and has retained an
25      expert for that purpose.
26          b) Counsel for defendant desires additional time to consult with his client,
27      conduct investigation and research related to the current charges, review
28

STIPULATION TO CONTINUE STATUS              1
CONFERENCE AND EXCLUDE TIME

discovery for this matter, discuss potential resolutions with his client, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to continue the status conference to September 16, 2021, would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 20, 2021 to September 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 17, 2021  */s/ William J. Portanova*
WILLIAM J. PORTANOVA
Counsel for Defendant
Cecilia Yu

DATED: May 17, 2021  PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Mira Chernick*
MIRA CHERNICK
Assistant United States Attorney

IT IS SO ORDERED.

Dated: May 18, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE