WILLIAM J. PORTANOVA, State Bar No. 106193
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WJP@Portanova.com

Attorney for Defendant
CECILIA YU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CECILIA YU,<br><br>　　　　Defendant. | No.  2:16-CR-00079-TLN<br><br>STIPULATION AND ORDER TO SET STATUS CONFERENCE AND EXCLUDE TIME<br><br>DATE:  December 9, 2021<br>TIME:  9:30 AM<br>COURT:  Hon. Troy L. Nunley |

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, Cecilia Yu, by and through her counsel of record, hereby stipulate as follows:

1. On November 9, 2021, this matter was reassigned from the Honorable Morrison C. England, Jr., to the Honorable Troy L. Nunley.  At that time, the previously set December 9, 2021 status conference was vacated.

2. By this stipulation, defendant requests that this matter be placed on calendar before the Honorable Troy L. Nunley for a status conference on February 24, 2022 at 9:30 am. Defendant also requests that time be exclude between December 9, 2021 and February 24, 2022 under Local Code T4.

3. Counsel for defendant is continuing to review discovery and investigate in the interest of negotiating a resolution of this case and has retained an expert for

that purpose.

4. Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the current charges, review discovery for this matter, discuss potential resolutions with his client, and otherwise prepare for trial.

5. Counsel for defendant believes that failure to continue the status conference to February 24, 2022, would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 9, 2021 to February 24, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

// // //
// // //
// // //
// // //
// // //
// // //

1    IT IS SO STIPULATED.

2

3                                             Respectfully submitted,

4

5    DATED: December 6, 2021                  /s/ William J. Portanova
                                              WILLIAM J. PORTANOVA
6                                             Counsel for Defendant
7                                             CECILIA YU

8

9    DATED: December 6, 2021                  PHILLIP A. TALBERT
                                              Acting United States Attorney
10

11                                            /s/ Denise Yasinow
                                              DENISE YASINOW
12                                            Assistant United States Attorney

13

14   IT IS SO FOUND AND ORDERED.

15

16   DATED: December 6, 2021

17

18

19                                            _____
                                              Troy L. Nunley
20                                            United States District Judge

3