WILLIAM J. PORTANOVA, State Bar No. 106193
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WJP@Portanova.com

Attorney for Defendant
CECILIA YU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CECILIA YU,<br><br>　　　　　Defendant. | No.  2:16-CR-00079-TLN<br><br>STIPULATION AND ORDER TO TERMINATE CERTAIN PRETRIAL CONDITIONS AND PRETRIAL SUPERVISION |

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, Cecilia Yu, by and through her counsel of record, upon the recommendation of Pretrial Services, stipulate and request that certain conditions of Mrs. Yu's pretrial release and her supervision by Pretrial Services be terminated.

　　　On April 7, 2016, Mrs. Yu was charged with trafficking in counterfeit goods in violation of 18 U.S.C. § 2320. (Doc. 1.)   Mrs. Yu made her initial appearance on April 13, 2016.  She pleaded not guilty and was ordered released on a $600,000 bond secured by real property and on pretrial conditions as stated on the record, including supervision by Pretrial Services. (Dkt. 8. *See also,* doc. 10.)

　　　Mrs. Yu has performed well during nearly 6 years of pretrial supervision and has successfully complied with all the conditions of her supervised release.  Additionally, she is

1

currently subject to minimal conditions of release.

It is understood by the parties that the secured appearance bond posted by Mrs. Yu shall remain in effect, that the United States passport hereto surrendered by Mrs. Yu shall remain in the custody of the Court until further order, and that Mrs. Yu shall not possess a firearm and/or ammunition, destructive device, or other dangerous weapon. As such, the parties request that the Court order that the above-noted conditions remain in effect, and that Mrs. Yu's pretrial services supervision and all other conditions of release be removed.

Respectfully submitted,

DATED: March 29, 2022         /s/ William J. Portanova
                              WILLIAM J. PORTANOVA
                              Counsel for Defendant
                              CECILIA YU


DATED: March 29, 2022         PHILLIP A. TALBERT
                              United States Attorney

                              /s/ Denise Yasinow
                              DENISE YASINOW
                              Assistant United States Attorney


IT IS SO FOUND AND ORDERED.


DATED: April 8, 2022          /s/ Carolyn K. Delaney
                              HON. CAROLYN K. DELANEY
                              United States Magistrate Judge