PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2: 16-CR-00079-TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT** |
| v. | |
| CECILIA YU, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant Cecilia Yu, by and through her counsel of record, hereby stipulate as follows:

1.      By previous order a status conference in this matter was scheduled for July 28, 2022, and all time up to July 28, 2022 was deemed excluded from the Speedy Trial Act under Local Code T4. ECF 122.

2.      By this stipulation and proposed order, the parties now move to continue the status conference in this matter to October 20, 2022, at 9:30 a.m., with all time until that date excluded under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for defendant is continuing to review discovery and investigate in the interest of negotiating a resolution of this case and has retained an expert for that purpose, whose

**Stipulation and Order Continuing Status Conference**

1    investigation is ongoing.

2           b)      Counsel for defendant desires additional time to consult with his client, conduct

3    investigation and research related to the current charges, review discovery for this matter, discuss

4    potential resolutions with his client, and otherwise prepare for trial.

5           c)      Defense counsel believes that failure to grant the above-requested continuance

6    would deny him the reasonable time necessary for effective preparation, taking into account the

7    exercise of due diligence.

8           4.      The government does not object to the continuance.

9           5.      Based on the above-stated findings, the ends of justice served by continuing the case as

10   requested outweigh the interest of the public and the defendant in a trial within the original date

11   prescribed by the Speedy Trial Act.

12          6.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

13   within which trial must commence, the time period of July 28, 2022 to October 20, 2022, inclusive, is

14   deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from

15   a continuance granted by the Court at defendant's request on the basis of the Court's finding that the

16   ends of justice served by taking such action outweigh the best interest of the public and the defendant in

17   a speedy trial.

18          7.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

19   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20   must commence.

21

22          IT IS SO STIPULATED.

23

      Dated:  July 21, 2022                          PHILLIP A. TALBERT
24                                                   United States Attorney

25
                                                      /s/ Denise N. Yasinow
26                                                   Denise N. Yasinow
                                                     Assistant United States
27                                                   Attorney

28

     **Stipulation and Order Continuing Status**
     **Conference**

Dated:  July 21, 2022                              /s/ William J. Portanova
                                                  Counsel for Defendant
                                                  Cecilia Yu


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of July, 2022.


Troy L. Nunley
United States District Judge

**Stipulation and Order Continuing Status
Conference**