PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CECILIA YU,<br><br>   Defendant. | CASE NO. 2:16-CR-00079-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT** |

Plaintiff United States of America, by and through its counsel of record, and defendant Cecilia Yu, by and through her counsel of record, hereby stipulate as follows:

1. By previous order a status conference in this matter was scheduled for June 22, 2023, and all time up to June 22, 2023, was deemed excluded from the Speedy Trial Act under Local Code T4. ECF 131.

2. On May 2, 2023, the Court, due to a conflict, *sua sponte* vacated and reset the hearing to June 29, 2023, at 9:30 AM.

3. By this stipulation and proposed order, the parties now move to exclude time under Local Code T4 from June 22, 2023, through June 29, 2023.

4. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant is continuing to review discovery and investigate in the

**Stipulation and Order Continuing Status Conference**

interest of negotiating a resolution of this case and has retained an expert for that purpose, whose investigation is ongoing. The expert is continuing to review files, including data files that have proven difficult to open due to their age and change in available software.

        b)        Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the current charges, review discovery for this matter, discuss potential resolutions with his client, and otherwise prepare for trial.

        c)        Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.        The government does not object to the continuance.

5.        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6.        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 22, 2023 to June 29, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

**Stipulation and Order Continuing Status Conference**

| | |
|---|---|
| Dated: May 8, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Denise N. Yasinow<br>Denise N. Yasinow<br>Assistant United States Attorney |
| Dated: May 8, 2023 | /s/ William J. Portanova<br>Counsel for Defendant<br>Cecilia Yu |

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9th day of May, 2023.

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order Continuing Status Conference**