PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00079-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT** |
| CECILIA YU, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant Cecilia Yu, by and through her counsel of record, hereby stipulate as follows:

1. By previous order a status conference in this matter was scheduled for June 29, 2023, and all time up to June 29, 2023, was deemed excluded from the Speedy Trial Act under Local Code T4. ECF 134.

2. The parties jointly request a 3-week continuance to continue to review discovery and in the hope that the matter might resolve. They request that the status conference be reset to July 13, 2023, at 9:30 a.m.

3. By this stipulation and proposed order, the parties now move to exclude time under Local Code T4 from June 29, 2023, through July 13, 2023.

4. The parties agree and stipulate, and request that the Court find the following:

**Stipulation and Order Continuing Status Conference**

        a)      Counsel for defendant is continuing to review discovery and investigate in the interest of negotiating a resolution of this case and retained an expert for that purpose, whose final report was recently completed and provided to all parties.  Counsel for both parties need additional time to fully review the expert report, compare it to the discovery in the case, and discuss potential resolution.

        b)      Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the current charges, review discovery for this matter, review the expert report, discuss potential resolutions with his client, and otherwise prepare for trial.

        c)      Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.      The government does not object to the continuance.

5.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 29, 2023 to July 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

**Stipulation and Order Continuing Status Conference**

| | |
|---|---|
| Dated: June 23, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Denise N. Yasinow<br>Denise N. Yasinow<br>Assistant United States Attorney |
| Dated: June 23, 2023 | /s/ William J. Portanova<br>Counsel for Defendant<br>Cecilia Yu |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 23rd day of June, 2023.

Troy L. Nunley
United States District Judge

**Stipulation and Order Continuing Status Conference**