WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
CECILIA YU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>CECILIA YU,<br><br>               Defendant. | Case No. 2:16-CR-00079-TLN<br><br>[PROPOSED] **ORDER TO EXONERATE BOND AND RECONVEY TITLE** |

**ORDER**

It is hereby ordered that the $600,000 property bond securing Ms. Yu's release is exonerated and the titles for the properties located at 8148 Steinbeck Way, Sacramento, CA 95828 and 5391 Muskingham Way, Sacramento, CA 95823 be reconveyed.

DATED: May 15, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1